# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DONALD HENSLEY JR. (#112218)

CIVIL ACTION

VERSUS

18-877-SDD-EWD

CO. BRENT THOMPSON, ET AL.

## RULING

The Court has carefully considered the *Motions*[1] filed by Defendants, the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes, dated October 10, 2019, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motions to Dismiss* are GRANTED IN PART AND DENIED IN PART.

**IT IS FURTHER ORDERED** that Plaintiff's claims for monetary damages against Whitaker, McKey, Demars, Cruze, Barton, and Thompson in their official capacities are DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's potential state law claims and any such claims are hereby DISMISSED WITHOUT PREJUDICE.

---

[1] Rec. Docs. 22 and 32.
[2] Rec. Doc. 36.
[3] Rec. Doc. 37.

**IT IS FURTHER ORDERED** that this matter is hereby referred to the Magistrate Judge for further proceedings on Plaintiff's remaining claims, i.e. Plaintiff's claims against Whitaker, McKey, Demars, Cruze, Barton, and Thompson in their individual capacities, for monetary damages.

Signed in Baton Rouge, Louisiana the 4 day of November, 2019.

*Shelly D. Dick*
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**