# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DONALD HENSLEY, JR. (#112218)

VERSUS

BRENT THOMPSON, ET AL.

CIVIL ACTION

18-877-SDD-SDJ

## RULING

The Court has carefully considered the *Motions,*[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson, dated February 11, 2022 to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that Defendants' *Motion for Summary Judgment*[3] is GRANTED IN PART, that all of Plaintiff's claims against Jeremy McKey, Antonio Whitaker, James Cruze, Shannon Demus, and Trent Barton, as well as his claims for compensatory damages arising from the incident of excessive force occurring on May 18, 2018 are DISMISSED WITH PREJUDICE; that Plaintiff's "Motion for Cross-Summary Judgment"[4] is DENIED; that Plaintiff's claims arising from the failure of officers to provide him with a shower is DISMISSED WITH PREJUDICE, *sua* sponte, and this matter is referred back to the Magistrate Judge for further proceedings on Plaintiff's remaining

---

[1] Rec. Docs. 99 and 100.
[2] Rec. Doc. 108.
[3] Rec. Doc. 100.
[4] Rec. Doc. 99.

claim (*i.e.*, Plaintiff's claim against Brent Thompson for nominal and punitive damages arising from the incident of excessive force occurring on May 18, 2018).

Signed in Baton Rouge, Louisiana the  3rd  day of March, 2022.


**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**